VIRGINIA M. WHITNEY, Respondent, v. ARTHUR WHITNEY, Appellant. (Appeal No. 1.) — Order denying defendant's motion for new trial, upon the ground of newly-discovered evidence, affirmed, with costs. Defendant's appeal from the

judgment of separation was presented to the court and decided in *Whitney* v. *Whitney* [*post*, 851]. This separate appeal from the judgment is dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.